UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JASMINE SMITH,

    Plaintiff,

v.                                               Case No: 8:15-cv-1655-T-36TBM

ALCOVE ASSISTED LIVING FACILITY,
INC.,

    Defendant.
_____/

## **O R D E R**

Before the Court is the Stipulated Notice of Voluntary Dismissal Pursuant to Rule 41(a)(1)(A)(i) (Doc. 78).  In accord with the Stipulated Notice of Voluntary Dismissal Pursuant to Rule 41(a)(1)(A)(i), it is **ORDERED AND ADJUDGED** as follows:

    1)    The Stipulated Notice of Voluntary Dismissal Pursuant to Rule 41(a)(1)(A)(i) is **APPROVED** (Doc. 78).

    2)    The claims of Plaintiff and the following Opt-ins against Defendant are dismissed, with prejudice: Kiara Harden, Jerrika Hegeman, Keona Stephens, Tori Irby, Sabrina Revels, Jena Huggins, Tawatha Hill, Theresa Crawford, Shawamona Moore, Shanda Luckey, Shataviya Brown, Jeneka Henderson, Sewanna Brown, Dominique Pryor, Jamie Irby, Bailee Thomas, Adrianne Barnes, Alona Henderson, Ernestine Bland and Antonia Fuller.  Each party shall bear its own costs and attorneys' fees.

    3)    The Clerk is directed to close this case.

**DONE AND ORDERED** in Tampa, Florida on June 13, 2016.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record